THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0013-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICHAEL LEIGHTON, | |
| Defendant. | |

This matter comes before the Court on Defendant Michael Leighton's motion to continue trial and extend the due date for pretrial motions (Dkt. No. 19). The Government does not oppose the motion or object to the new trial date. (*Id.* at 1.) Having reviewed the motion and the relevant record, the Court makes the following findings and conclusions:

1. Failure to grant the continuance in this case would likely result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

2. Taking into account the exercise of due diligence, failure to grant the continuance in this case would deny defense counsel the reasonable time necessary for effective preparation, given the nature and complexity of the charges and the continuing production of discovery by the Government. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

3. The additional time requested is a reasonable period of delay, as more time is necessary for defense counsel to prepare for trial and the requested continuance is reasonably modest. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

MINUTE ORDER – 1

4.      The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

5.      Defendant has filed a speedy trial waiver consenting to a continuance of his trial to any date up to and including June 22, 2017. (Dkt. No. 18 at 1.)

Accordingly, the Court ORDERS that:

1.      The motion to continue (Dkt. No. 19) is GRANTED.

2.      The jury trial in this case is hereby CONTINUED from April 3, 2017 to May 22, 2017 at 9:30 a.m.

3.      The resulting period of delay from April 3, 2017 to May 22, 2017 is hereby EXCLUDED for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

4.      Pretrial motions are due no later than Thursday, April 27, 2017.

DATED this 27th day of February 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER – 2