THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0013-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICHAEL N. LEIGHTON, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The jury trial in this matter is scheduled to begin on Monday, May 22, 2017. (Dkt. No. 20.) The Court hereby ORDERS that all pretrial filings—including trial briefs, motions in limine, proposed voir dire, proposed jury instructions, and proposed verdict forms—shall be submitted no later than Monday, May 15, 2017. Any responses or objections to the pretrial filings shall be submitted no later than Wednesday, May 17, 2017. Regarding the proposed jury instructions, the parties shall indicate which instructions they agree upon and which instructions are contested, along with the basis for challenging each contested instruction.

//
//

DATED this 19th day of April 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk