THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>Plaintiff, <br><br>v. <br><br>MICHAEL N. LEIGHTON, <br><br>Defendant. | CASE NO. CR17-0013-JCC <br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial and pretrial motions deadlines (Dkt. No. 34). Parties seek to continue the jury trial from October 16, 2017, to November 13, 2017 and to continue the pretrial motions deadline from September 11, 2017 to October 16, 2017. Defendant has signed and executed a waiver of his speedy trial rights under the Sixth Amendment and the Speedy Trial Act, consenting to a continuance of his trial to any date up to and including December 13, 2017. (Dkt. No. 32).

Having reviewed the motion, Defendant's waiver, and the relevant record, the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Accordingly, the Court GRANTS the parties' motion to continue trial and GRANTS in part the parties' motion to

continue pre-trial motions deadlines.

It is therefore ORDERED:

1. All pretrial motions must be filed no later than Wednesday, October 11, 2017.
2. Jury trial is continued to Monday, November 13, 2017.
3. All other pretrial filings—including trial briefs, proposed voir dire, proposed jury instructions, and proposed verdict forms—shall be submitted no later than November 6, 2017. Any responses or objections to the pretrial filings shall be submitted no later than Wednesday, November 8, 2017. Regarding the proposed jury instructions, the parties shall indicate which instructions they agree upon and which instructions are contested, along with the basis for challenging each contested instruction.
4. The resulting period of delay from September 11, 2017 until the new trial date of November 13, 2017 is hereby excluded for speedy trial purposes under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED this 8th day of September 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER CR17-0013-JCC
PAGE - 2