UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL LEIGHTON,

    Defendant.

CR17-13 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Government's motion to seal, docket no. 37, and defendant's motion to seal, docket no. 43, are GRANTED. The Government's motion to exclude defense expert testimony, docket no. 38, and defendant's responsive materials, docket nos. 44 and 45, shall remain under seal. The Government may file any reply in support of its motion to exclude under seal without filing another motion to seal.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of October, 2017.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1