UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

               Plaintiff,

   v.

MICHAEL LEIGHTON,

               Defendant.

CR17-13 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Government's reply, docket no. 48, in support of its motion to exclude defense expert testimony, has been sealed pursuant to the first Minute Order entered on October 25, 2017, docket no. 46. The Government's motion to seal, docket no. 49, is STRICKEN as moot. The Government's attorneys are REMINDED to carefully review the Court's written rulings and not to rely on the summaries set forth in the docket.

(2) The Government's motion to exclude defense expert testimony, docket no. 38, is DENIED in part, GRANTED in part, and DEFERRED in part. To the extent that the Government seeks to entirely exclude the testimony of Tye F. Hunter, Ph.D., ABPP, such request is DENIED. The Government does not challenge Dr. Hunter's qualifications to serve as an expert witness; it merely questions the manner in which Dr. Hunter reached his opinions. Such arguments go to the weight, not the admissibility, of his testimony. To the extent that the Government seeks to limit Dr. Hunter's testimony, such request is GRANTED in part and DEFERRED in part. Dr. Hunter will not be permitted to testify about any statements made or questionnaire answers provided by defendant or others. *See* Fed. R. Evid. 802. Moreover, Dr. Hunter will not be allowed

MINUTE ORDER - 1

to testify about whether defendant "did or did not have a mental state or condition that constitutes an element of the crime charged or of a defense." <u>See</u> Fed. R. Evid. 704(b). In addition, Dr. Hunter may not opine that defendant's deficits in executive functioning "resulted in his conflict with the law." <u>See</u> Report at 11, Ex. B to Hunter Decl. (docket no. 45-2 at 12). The exact scope of Dr. Hunter's testimony is otherwise DEFERRED to trial.

  (3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 27th day of October, 2017.

             <u>William M. McCool  </u>
             Clerk

             <u>s/Karen Dews   </u>
             Deputy Clerk