1

2

3

4

5                         UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
6                                  AT SEATTLE

7    UNITED STATES OF AMERICA,

8                         Plaintiff,

9           v.                                      CR17-13-TSZ

10   MICHAEL N. LEIGHTON,                           ORDER

11                         Defendant.

12          It is the ORDER of the Court that the jury in this case be committed to the custody

13   of a duly sworn bailiff or bailiffs; and

14          It is FURTHER ORDERED that the Clerk, U.S. District Court, pay for the meals

15   of said jurors at the expense of the United States Courts.

16          IT IS SO ORDERED.

17          Dated this 17th day of November, 2017.

18

19                                              _____
                                                Thomas S. Zilly
20                                              United States District Judge

21

22

23

ORDER - 1