UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL N. LEIGHTON,

    Defendant.

2:17-cr-00013-TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Government's unopposed motion, docket no. 99, to extend response deadline to defendant's motion for acquittal and/or new trial is GRANTED. Defendant's motion for acquittal and/or new trial, docket no. 98, is RENOTED to January 5, 2018. The Government's response is due December 29, 2017. Any reply is due on the new noting date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of December, 2017.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1