UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>MICHAEL N. LEIGHTON,<br><br>              Defendant. | CR17-13 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  Defendant's Motion for Early Termination of Supervised Release, docket no. 137, is DENIED.

(2)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of August, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1