UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL LEIGHTON,

    Defendant.

CR17-13 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Michael Leighton's pro se motion to terminate supervision, docket no. 140, is DENIED. The expiration date of defendant's term of supervised release remains July 18, 2022.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of May, 2021.

                                       William M. McCool
                                       Clerk

                                       s/Gail Glass
                                       Deputy Clerk

MINUTE ORDER - 1